# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOSEPH BRIAN HAGER,
     Appellant,
    vs.
BRIAN WILLIAMS, WARDEN,
SOUTHERN DESERT CORRECTIONAL
CENTER; AND THE STATE OF
NEVADA,
     Respondents.

No. 71183

**FILED**

SEP 30 2016

TRACIE K. LINDEMAN
**CLERK** OF SUPREME COURT
BY_____S. Young_____
  DEPUTY CLERK

## *ORDER ADMINISTRATIVELY CLOSING APPEAL*

This is a pro se appeal from an order of the district court dismissing a postconviction petition for a writ of habeas corpus.

Appellant's appeal from the district court's order was previously docketed in this court in Docket No. 71181. The clerk of this court inadvertently docketed this appeal as a separate matter when appellant filed a second, duplicative notice of appeal. Accordingly, we direct the clerk of this court to administratively close the instant appeal and transfer to Docket No. 71181 all documents filed or received in this matter.

It is so ORDERED.

_____, C.J.

cc: Hon. James Todd Russell, District Judge
  Joseph Brian Hager
  Attorney General/Carson City
  Storey County District Attorney
  Storey County Clerk

16-30554